IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NEELAM UPPAL,

      Appellant,

v.
                                   Case No. 5D18-0671

THE HEALTH LAW FIRM,

      Appellee.

_____/

Opinion filed June 12, 2018

Appeal from the Circuit Court
for Seminole County,
Jessica J. Recksiedler, Judge.

Neelam Uppal, Largo, pro se.

George F. Indest III, of the Health Law
Firm, Altamonte Springs, for Appellee.

PER CURIAM.

AFFIRMED. See Fla. R. App. P. 9.315(a).

WALLIS, LAMBERT, and EDWARDS, J.J., concur.